UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-3981 GHK (MANx) | Date | June 2, 2011 |
|---|---|---|---|
| Title | *Federal National Mortgage Association v. Carlos Ventura, et al.* | | |

**Presiding: The Honorable**  GEORGE H. KING, U. S. DISTRICT JUDGE

| Beatrice Herrera | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendant:

None  None

**Proceedings:**   Order Remanding Case

On May 17, 2011, we issued an Order to Show Cause ("OSC") why the above-captioned action should not be remanded to state court based on this Court's lack of subject matter jurisdiction. We noted that Defendant Carlos Ventura's ("Defendant") Notice of Removal had not alleged that we may exercise diversity jurisdiction over this case. Nor had Defendant properly invoked our federal question jurisdiction. We cautioned Defendant that failure to timely respond to our OSC would be deemed Defendant's admission that this Court lacks subject matter jurisdiction. The docket reflects that no such response has been timely filed. Pursuant to our OSC, Defendant is **DEEMED** to have admitted that we lack subject matter jurisdiction over this case. Accordingly, this case is hereby **REMANDED** to the state court from which it was removed.

**IT IS SO ORDERED.**

|  | -- | : | -- |
|---|---|---|---|
|  | Initials of Deputy Clerk | | Bea |